# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.

Lauren Handy

**Case No:** 23-3143

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ☉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Lauren Handy

### Counsel Information

**Lead Counsel:** Dennis E. Boyle

**Direct Phone:** (202) 430-1900  **Fax:** ( ) -  **Email:** dboyle@boylejasari.com

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Boyle & Jasari

**Firm Address:** 1050 Connecticut Ave, NW, Suite 500, Washington, DC 20036

**Firm Phone:** (202) 798-7600  **Fax:** ( ) -  **Email:** dboyle@boylejasari.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)