# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-3143 September Term, 2023

1:22-cr-00096-CKK-1
1:22-cr-00096-CKK-10
1:22-cr-00096-CKK-8

**Filed On:** September 8, 2023

United States of America,

    Appellee

v.

Lauren Handy,

    Appellant

**BEFORE:** Wilkins, Katsas, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion for release pending sentencing, it is

**ORDERED** that appellee file a response to the motion by 4:00 p.m. on Tuesday, September 12, 2023. Any reply is due by 4:00 p.m. on Thursday, September 14, 2023.

### Per Curiam

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                              BY:   /s/
                                       Tatiana Magruder
                                       Deputy Clerk