No. 23-3143                        September Term, 2023

1:22-cr-00096-CKK-1
1:22-cr-00096-CKK-8
1:22-cr-00096-CKK-10

Filed On: September 8, 2023 [2016023]

United States of America,

       Appellee

   v.

Lauren Handy,

       Appellant

------------------------------

Consolidated with 23-3146, 23-3147

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                    BY:   /s/
                              Tatiana A. Magruder
                              Deputy Clerk