# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3143**                                    **September Term, 2023**

**1:22-cr-00096-CKK-1**
**1:22-cr-00096-CKK-10**
**1:22-cr-00096-CKK-8**

**Filed On:** September 8, 2023

United States of America,

        Appellee

    v.

Lauren Handy,

        Appellant

-----------------------------

Consolidated with 23-3146,  23-3147

      **BEFORE:**    Wilkins, Katsas, and Walker, Circuit Judges

## O R D E R

It appearing that these consolidated cases fall within the purview of Fed. R. App. P. 9 and D.C. Cir. Rule 9, and that they present potential problems of duplicative briefing, it is, on the court's own motion,

**ORDERED** that the parties show cause by Thursday, September 14, 2023, why the following format and schedule should not apply in these cases:

| | |
|---|---|
| Completion of Underlying Transcripts | September 21, 2023 |
| Appellants' Joint Memorandum of Law and Fact (not to exceed 5,200 words) | October 2, 2023 |
| Appellee's Memorandum of Law and Fact (not to exceed 5,200 words) | October 12, 2023 |
| Appellants' Joint Reply Memorandum of Law and Fact (not to exceed 2,600 words) | October 19, 2023 |

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-3143**                                              **September Term, 2023**

The parties may suggest an alternative briefing format, but they must provide *detailed* justifications for any request to file separate memoranda of law and fact or to exceed in the aggregate the standard word allotment.  Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

The Clerk is directed to send a copy of this order to Court Reporter(s) to expedite preparation of the transcripts.

**<u>Per Curiam</u>**

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                BY:    /s/
                            Tatiana Magruder
                            Deputy Clerk