

**U.S. Department of Justice**

Civil Rights Division

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, D.C. 20044-4403*

September 13, 2023

Mark J. Langer, Clerk of Court
E. Barrett Prettyman U.S. Courthouse
 and William B. Bryant Annex
333 Constitution Ave. NW
Washington, D.C. 20001

      Re: *United States* v. *Handy, et al.*, No. 23-3143 (D.C. Cir.)
          Consolidated with Nos. 23-3146, 23-3147

Dear Mr. Langer:

     On September 8, 2023, the Court proposed a briefing format and schedule for adjudication of the issues raised in these consolidated cases and ordered the parties to show cause why that format and schedule should not be adopted. In response to this order, the United States informs the Court that it has no objection to the proposed briefing format and schedule. Depending on this Court's disposition of appellant Handy's pending motion for release pending sentencing, the United States defers to the Court as to the extent of additional briefing required.

                                Sincerely,

                                  Erin H. Flynn
                                  Deputy Chief

                                s/ Jason Lee
                                  Jason Lee
                                  Attorney
                                Appellate Section
                                Civil Rights Division
                                Jason.Lee2@usdoj.gov
                                (202) 598-1317