# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 23-3143　　　　　　　　　　　　　　　　September Term, 2023

1:22-cr-00096-CKK-1
1:22-cr-00096-CKK-10
1:22-cr-00096-CKK-8

**Filed On:** September 15, 2023

United States of America,

     Appellee

    v.

Lauren Handy,

     Appellant

------------------------------

Consolidated with 23-3146, 23-3147

## O R D E R

Upon consideration of the court's order to show cause filed September 8, 2023, and the lack of any objection to the format and schedule proposed therein, it is

**ORDERED** that the parties and Court Reporter(s) adhere to the following format and schedule:

| | |
|---|---|
| Completion of Underlying Transcripts | September 21, 2023 |
| Appellants' Joint Memorandum of Law and Fact (not to exceed 5,200 words) | October 2, 2023 |
| Appellee's Memorandum of Law and Fact (not to exceed 5,200 words) | October 12, 2023 |
| Appellants' Joint Reply Memorandum of Law and Fact (not to exceed 2,600 words) | October 19, 2023 |

The Clerk is directed to send a copy of this order to Court Reporter(s) to expedite preparation of the transcripts.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:   /s/
        Tatiana Magruder
        Deputy Clerk