# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.

Lauren Handy

**Case No:** 23-3143

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  (X) Retained   ( ) Pro Bono   ( ) Appointed (CJA/FPD)   ( ) Gov't counsel

for the  (X) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Lauren Handy, Appellee

### Counsel Information

**Lead Counsel:** Stephen M. Crampton

Direct Phone: (662) 255-9439   Fax: (312) 782-18887   Email: scrampton@thomasmoresociety.org

**2nd Counsel:**

Direct Phone: (   )    Fax: (   )    Email:

**3rd Counsel:**

Direct Phone: (   )    Fax: (   )    Email:

**Firm Name:**

**Firm Address:**

**Firm Phone:** (312) 782-1680   Fax: (312) 782-1887   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)