# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMAERICA | : |
| v. | : No. 23-3158 |
| JONATHAN DARNEL | : |

## EMERGENCY MOTION TO CONSOLIDATE APPEAL

Appellant Jonathan Darnel, through counsel, moves this Honorable Court to consolidate this appeal with *United Sates v. Lauren Handy*, No 23-3143. In support he states the following.

On September 15, 2023, Mr. Darnel was convicted of the same offenses as Lauren Handy. As with Ms. Handy, the District Court ruled, "For the reasons stated on the record, and in light of the jury's findings, the Court concludes that Defendants have been convicted of a crime of violence. The Court further finds that there is no substantial likelihood that a motion for acquittal or new trial will be granted. Because the Government has indicated that it will recommend a term of incarceration as to each Defendant, and pursuant to 18 U.S.C. 3143(a)(2), the Court ordered each Defendant detained pending sentencing."

[Federal Rule of Appellate Procedure 3(b)(2)](#) states, in relevant part:

(b) Joint or Consolidated Appeals.

**(2)** When the parties have filed separate timely notices of appeal, the appeals may be joined or consolidated by the court of appeals.

In this case, it is proper for this Court to consolidate Mr. Darnel's appeal with that of Ms. Handy's since both cases raise the same issues. Consolidation will allow Mr. Darnel's appeal to proceed expeditiously and will save valuable court resources.

For these reasons, Mr. Darnel asks this Court to grant this motion.

Respectfully submitted,

/s/_____

Christopher M. Davis
Davis & Davis
1350 Connecticut Avenue, NW Suite 202
Washington, DC 20036
(202) 234-7300

*Counsel for Jonathan Darnel*

## CERTIFICATE OF SERVICE

I hereby certify that that this Motion was served upon all counsel of record on this 22nd day of September 2023 via the Court's CM/ECF System.

/s/_____
Christopher M. Davis