**Form 6. Certificate of Compliance With Type-Volume Limit**

Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1. This document complies with [the type-volume limit of Fed. R. App. P. [_____]] [the word limit of Fed. R. App. P. [_____]] because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) [and [_____]]:

   ☐ this document contains _____ words, or

   ☐ this brief uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

   ☐ this document has been prepared in a proportionally spaced typeface using _____ in

   _____, or

   ☐ this document has been prepared in a monospaced typeface using

   _____ with

   _____.

   /s/_____

   Attorney for _____

   Dated: _____