**No. 23-3158**                        **September Term, 2023**

1:22-cr-00096-CKK-2

Filed On: September 25, 2023 [2018754]

United States of America,

       Appellee

   v.

Jonathan Darnel,

       Appellant

## O R D E R

It appearing that this case falls within the purview of Fed. R. App. P. 9(a) and D.C. Cir. Rule 9(a), it is, on the court's own motion,

**ORDERED** that

Mr. Christopher M. Davis
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036

a member of the bar of this court, be appointed to represent appellant in this appeal. The interests of justice warrant such appointment. See 18 U.S.C. § 3006A.

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                                    BY:    /s/
                                                        Tatiana A. Magruder
                                                        Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Appointed Counsel Only:
    Instructional Cover Letter to Appointed Counsel