# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMAERICA      :

v.                             :   No. 23-3158

JONATHAN DARNEL                :

## ENTRY OF APPEARANCE

Christopher M. Davis enters his appearance as appointed counsel for Appellant Jonathan Darnel.

                Respectfully submitted,

/s/_____

Christopher M. Davis
Davis & Davis
1350 Connecticut Avenue, NW Suite 202
Washington, DC 20036
(202) 234-7300

*Counsel for Jonathan Darnel*

## CERTIFICATE OF SERVICE

I hereby certify that that this Motion was served upon all counsel of record on this 26th day of September 2023 via the Court's CM/ECF System.

/s/_____
Christopher M. Davis