# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMAERICA | : |
| v. | : No. 23-3158 |
| JONATHAN DARNEL | : |

## NOTICE OF APPELLANT'S INTENTION TO JOIN APPELLANT LAUREN HANDY'S MEMORANDUM OF LAW AND FACT

Appellant Jonathan Darnel, through counsel, notes that he will join in the Joint Memorandum of Law and Fact to be filed in *United States v. Lauren Handy*, No 23-3143 on October 2, 2023. Undersigned counsel spoke to Ms. Handy's counsel, Stephen M. Crampton, who does not oppose the request to join in the Memorandum.

Respectfully submitted,

/s/_____

Christopher M. Davis
Davis & Davis
1350 Connecticut Avenue, NW Suite 202
Washington, DC 20036
(202) 234-7300

*Counsel for Jonathan Darnel*

## CERTIFICATE OF SERVICE

I hereby certify that that this Motion was served upon all counsel of record on this 26th day of September 2023 via the Court's CM/ECF System.

/s/_____
Christopher M. Davis