# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** UNITED STATES OF AMERICA

v. **Case No:** 23-3156

JEAN MARSHALL

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☒ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel

for the ☒ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Jean Marshall

(Lauren Handy; Entry of Appearance on file)

### Counsel Information

Lead Counsel: Stephen M. Crampton

Direct Phone: (662) 255-9439  Fax: (312) 782-1887  Email: scrampton@thomasmoresociety.org

(2nd Counsel:

Direct Phone: (___) _____ Fax: (___) _____ Email:

(3rd Counsel:

Direct Phone: (___) _____ Fax: (___) _____ Email:

(Firm Name:

Firm Address:

Firm Phone: (312) 782-1680  Fax: (312) 782-1887  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)