United States of America,

    Appellee

  v.

Jean Marshall,

    Appellant

------------------------------

Consolidated with 23-3143

**O R D E R**

Upon consideration of the motion to withdraw as counsel and to terminate appointment of counsel, it is

**ORDERED** that the motion be granted and the appointment of the Federal Public Defender as counsel for appellant Marshall be terminated. The Federal Public Defender is directed to release to successor counsel as promptly as possible all case-related papers in their possession.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

              BY:    /s/
                      Tatiana Magruder
                      Deputy Clerk