IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| v. | ) | Crim. No.23-3146 |
| HERB GERAGHTY | ) | |
| Alexandria Adult Detention Center | ) | |
| 2001 Mill Road | ) | |
| Alexandria, VA 22314, | ) | |
| Defendant/Appellant. | ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned as retained counsel for Defendant/Appellant Herb Geraghty.

                                            Respectfully Submitted,

                                            HERB GERAGHTY
                                            By Counsel
                                            _____/s/_____
                                            John C. Kiyonaga

                                            510 King Street, Ste. 400
                                            Alexandria, Virginia 22314
                                            Telephone: (703) 739-0009
                                            Facsimile: (703) 836-4285
                                            E-mail: john@johnckiyonagaa.com

                                            Counsel for Defendant/Appellant

Certificate of Electronic Service

I hereby certify that on October 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.
                                            _____/s/_____
                                            John C. Kiyonaga