CJA 24 AUTHORIZATION AND VOUCHER TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| 0090 | JEAN MARSHALL | 0090.1611100 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
|  | 1:22-CR-00096-5-CKK | 23-3156 |  |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| USA v. HANDY et al | Felony (including pre-trial diversion of alleged felony) | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:241.F,18:248.M

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** *(Describe briefly)*
For use in trial in US v. Handy (second group) which is scheduled to begin on September 6, 2023

**13. PROCEEDING TO BE TRANSCRIBED** *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14.)*

Copies of trial transcript of testimony (and not voir dire, opening statements, or closing statements in US v. Handy, 22-CR-96 trial which occurred from August 9, 2023 to August 29, 2023 (trial testimony portions should be from approximately August 15, 2023 to August 24, 2023)

**14. SPECIAL AUTHORIZATIONS** — JUDGE'S INITIALS

A. Apportioned 0 % of transcript with *(Give case name and defendant)*

B. ☐ 14-Day  ☐ Expedited  ☐ 3-Day  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

John Machado /S/ — 09/04/2023 12:15:01
Signature of Attorney — Date
Printed Name: John Machado
Telephone: 703-989-0840

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in item 15 is hereby granted.

Colleen Kollar-Kotelly /S/
Signature of Presiding Judicial Officer or By Order of the Court
09/10/2023 15:28:21
Date of Order — Nunc Pro Tunc Date

## CLAIM FOR SERVICES

**17. COURT REPORTER/TRANSCRIBER STATUS**
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**18. PAYEE'S NAME**: Tamara M. Sefranek
*(First Name, M.I., Last Name, Including any suffix)*
MAILING ADDRESS:
333 Constitution Avenue, NW
Room 6714
Washington, DC 20001
Telephone: 202-354-3246

**19. SOCIAL SECURITY OR EMPLOYER ID NUMBER OF PAYEE**
XX-XXXXXXX

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO OF PAGES | RATE PER PAGE | SUB TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | -------------- |  |  |  |  |  |
| Copy |  | 158 | $0.90 | $142.20 | $0.00 | $142.20 |
| Expense (Itemize) |  |  |  |  |  |  |
|  |  |  |  | **TOTAL AMOUNT CLAIMED** |  | $142.20 |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim for services rendered is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of: Tamara M Sefranek /S/ — Date: 9/22/2023

## ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK.** I hereby certify that the services were rendered and that the transcript was received.

John Machado /S/ — 10/09/2023 19:41:09
Signature of Attorney or Clerk — Date

## APPROVED FOR PAYMENT - COURT USE ONLY

**23. APPROVED FOR PAYMENT**
Colleen Kollar-Kotelly /S/ — 10/11/2023 06:24:44
Signature of Judicial Officer or Clerk of the Court — Date

**24. AMOUNT APPROVED**
$142.20

## Voucher Services Detail

| Date | Service Type | Description | Incl. Page Numbers | No. of Pages | Rate Per Page | Apportioned | Adjusted | Total | Audit Amount | Audit Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/22/2023 | Copy | 8/16/23 - USA v. Handy - miscellaneous witnesses | | 158 | $0.90 | $0.00 | $0.00 | $142.20 | | |

## Voucher Expenses Detail

No Expenses Reported

## Submission Notes

Public Notes

(No Notes)

Private Notes

(No Notes)